JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MAIAVA, et al.,<br>    Plaintiffs,<br><br>v.<br><br>PRINCESS CRUISE LINES LTD.,<br>    Defendant. | CV 20-4393 DSF (JCx)<br><br>JUDGMENT |

    The Court having granted a motion to dismiss,

    IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: August 31, 2020

                                              _____
                                              Dale S. Fischer
                                              United States District Judge